FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOUTEN CONSTRUCTION COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>      Defendant. | No. 2:23-CV-00009-MKD<br><br>ORDER ON STIPULATED MOTION TO VACATE SCHEDULING ORDER AND STAY PROCEEDINGS<br><br>ECF No. 16 |

  Before the Court is the parties' Stipulated Motion to Vacate Scheduling Order and Stay Proceedings. ECF No. 16. The parties represent that they are engaged in discussions to resolve Plaintiff's claims and seek a stay to avoid litigation costs and facilitate settlement. The parties ask that the scheduling order, ECF No. 14, be vacated, and represent that they will notify the Court within sixty days of the final resolution/outcome of the settlement discussions.

  The Court cannot stay the case indefinitely and finds no reason to vacate the current trial date. However, the Court finds good cause to stay pretrial deadlines to

ORDER - 1

facilitate settlement discussions.  The parties are directed to file an update as to settlement within sixty days.  If a continuance of the trial date is needed at that time, the parties may renew their request.

Accordingly, **IT IS ORDERED:**

1. The Stipulated Motion to Vacate Scheduling Order and Stay Proceedings, **ECF No. 16**, is **GRANTED IN PART**.

2. All pretrial deadlines in this matter are **STAYED** pending further order of the Court.

3. The parties shall, **on or before June 13, 2023,** file a joint status report as to the status of settlement discussions.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order and provide copies to counsel.

DATED April 17, 2023.

<u>s/Mary K. Dimke</u>  
MARY K. DIMKE  
UNITED STATES DISTRICT JUDGE

ORDER - 2